UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PAT EMERSON | : | |
| | : | |
| v. | : | No. MC 04-52ML |
| | : | |
| WEMBLEY USA, ET AL. | : | |

**ENTRY OF APPEARANCE**

John A. Tarantino and Patricia K. Rocha of Adler Pollock & Sheehan P.C. enter their appearance as counsel for Defendant, Wembley USA, Inc. in connection with the above referenced matter.

WEMBLEY USA, INC.
By its attorneys,

Pat K Rocha

JOHN A. TARANTINO, #2586
PATRICIA K. ROCHA, #2793
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 351-4607
Dated: 6/27/05

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of June, 2005, I caused a true copy of the within to be served via first class mail, postage prepaid, on the following:

*Attorneys for Plaintiff:*

Melissa A. Clack, Esq.
Zupkus & Angell, P.C.
555 East Eighth Avenue
Denver, CO 80203

Brian P. Voke, Esq.
Campbell, Campbell, Edwards & Conroy
One Constitution Plaza, 3rd Floor
Boston, MA 02129

*Co-Counsel for Defendant, Wembley USA, Inc.*
Kristen L. Mix, Esq.
Snell & Wilmer L.L.P.
1200 Seventeenth Street, Suite 1900
Denver, CO 80202

*Counsel for Daniel Bucci:*
Anthony M. Traini, Esq.
56 Pine Street
Providence, RI 02903

Debra Hunn

*337288_1.doc*