IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PAT EMERSON | : | |
| | : | |
| VS. | : | No. MC 04-52ML |
| | : | |
| WEMBLEY USA, INC., ET. AL. | : | |

**MOTION TO COMPEL**

Plaintiff Patricia Emerson, through her counsel Zupkus and Angell, P.C., hereby submits this Motion to Compel.[1] In support thereof, the Plaintiff states as follows:

1. As this Court is fully aware, the Plaintiff has been attempting to schedule and take the deposition of Mr. Daniel Bucci for over 18 months.

2. Mr. Traini, Mr. Bucci's attorney, has attempted to block the Plaintiff from deposing Mr. Bucci by filing a Motion To Quash the subpoena issued to Mr. Bucci and refusing to produce Mr. Bucci for his deposition.

3. Finally, on September 7, 2005, this Court entered an Order, ordering Mr. Traini to produce Mr. Bucci for his deposition no later than ninety (90) days from the date of the Order.

4. Plaintiff has attempted numerous times to confer with Mr. Traini regarding his and Mr. Bucci's availability for the deposition. *See* email correspondence, attached as Exhibit A.

5. Mr. Traini has failed or refused to schedule Mr. Bucci's deposition. *See* email correspondence, attached as Exhibit A.

6. In her email correspondence to Mr. Traini, Plaintiff's counsel informed Mr. Traini that she would be available for Mr. Bucci's deposition on either November 15 or 16, 2005.

7. Mr. Traini has failed or refused to suggest any alternative dates for Mr. Bucci's deposition.

[1] Pursuant to Local Rule 12(a)(1), the Plaintiff submits that she is not required to file a separate memorandum of law in support of her Motion to Compel because her Motion is an "excepted motion" under the rule.

8. Plaintiff's counsel has conferred with all parties to the case captioned, *Patricia Emerson v. Wembley USA, Inc., et al.*, filed in the U.S. District Court For The District Of Colorado ("Colorado Case").

9. All parties to the Colorado Case are available on November 16, 2005 for Mr. Bucci's deposition. *See* email correspondence attached as Exhibit B.

10. Nevertheless, Mr. Traini has failed to agree to any dates for Mr. Bucci's deposition whatsoever.

11. In Mr. Traini's latest response to the Plaintiff's request to schedule Mr. Bucci's deposition, Mr. Traini suggested that Plaintiff "take it up with the Court."

12. Plaintiff now submits this Motion to Compel and asks this Court to order Mr. Traini to produce Mr. Bucci for deposition on November 16, 2005.

WHEREFORE, Plaintiff Patricia Emerson respectfully requests that this Court order Mr. Bucci to appear for his deposition at the offices of Plaintiff's counsel on November 16, 2005. Plaintiff also moves for attorney's fees and costs for having to bring this Motion to Compel, and such other relief as the Court deems appropriate.

PATRICIA EMERSON

By her Attorneys,

ZUPKUS & ANGELL, P.C.

Melissa A. Clack *

Robert A. Zupkus, Esquire
Melissa A. Clack, Esquire
555 E. Eight Avenue
Denver, Colorado 80203
(303) 894-8948

CAMPBELL CAMPBELL EDWARDS
& CONROY, P.C.

Charles K. Mone

Charles K. Mone, Esquire (Bar No. 5468)
123 Dyer Street
Providence, RI 02903
(401) 421-5123
(617) 241-3052

**CERTIFICATION PURSUANT TO FED. R. CIV. 37(a), (b) and (d) AND LOCAL RULES**

I, Melissa A. Clack, counsel for Plaintiff Patricia Emerson, hereby certify pursuant to Fed. R. Civ. P. 37(a), (b) and (d) and the Local Rules for the United States District Court for the District of Rhode Island, that I conferred with Anthony Traini, counsel for Daniel Bucci, in good faith in an attempt to resolve or narrow the issues raised in the Plaintiff's Motion to Compel, but that all efforts to resolve this issue by agreement failed.

Melissa A. Clack *
Melissa Clack

**CERTIFICATE OF SERVICE**

I, Melissa Clack, hereby certify that on October 25, 2005, I served a copy of **PLAINTIFF'S MOTION TO COMPEL** by regular U.S. Mail, postage prepaid, to the following counsel of record:

Kristen L. Mix, Esquire
SNELL & WILMER LLP
1200 Seventeenth Street, Suite 1900
The Tabor Center
Denver, CO 80202

John A. Tarantino, Esquire
Patricia K. Rocha, Esquire
ADLER POLLOCK & SHEEHAN, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

Anthony M. Traini, Esquire
56 Pine Street
Providence, RI 02903

Melissa A. Clack *
Melissa Clack

* By Mr. Mone, per October 25, 2005 telephonic authorization of Ms. Clack.