**Melissa Clack Mon Oct 24, 2005**



**E-mail**

From: Melissa Clack
Date: Thu Sep 8, 05 - 1:23 PM - E-mail
To: 'Anthony Traini'
CC: Robert Zupkus
Subject: Re: Emerson, Patricia v. Wembley, et al.

Contact: Anthony Traini
File: Emerson, Patricia v. Wembley, et al. - 192/2724

Mr. Traini,

I am writing to inquire about your and Mr. Bucci's availability for his deposition. We would prefer to take Mr. Bucci's deposition in either mid October or early to mid November. Please let me know what dates work for you and Mr. Bucci.

Also, as Judge Lisi suggested during yesterdays hearing, we would prefer to set up the deposition in the Rhode Island District Court so that Judge Lisi will be available to rule on any objections if the need arises. I have put in a call to Judge Lisi's clerk regarding Judge Lisi's availability. I have not heard back from her, but will let you know when I do.

Thank you,
Melissa Clack, Esq.

Zupkus & Angell, P.C.
555 E. Eighth Ave.
Denver, CO 80203
303-894-8948
mclack@zalaw.com

EXHIBIT

A

**E-mail**

From: postmaster@zalaw.com
Date: Thu Sep 8, 05 - 1:23 PM - E-mail
To: Melissa Clack
CC:
Subject: Delivery Status Notification (Relay)

File: Emerson, Patricia v. Wembley, et al. - 192/2724

This is an automatically generated Delivery Status Notification.

Your message has been successfully relayed to the following recipients, but the requested delivery status notifications may not be generated by the destination.

aml@atrainlaw.com

Attachments: ATT23121.txt; Re: Emerson, Patricia v. Wembley, et al..msg

**E-mail**

From: Anthony M. Traini, P.C.
Date: Thu Sep 8, 05 - 4:07 PM - E-mail
To: Melissa Clack
CC:
Subject: Read: Emerson, Patricia v. Wembley, et al.

Contact: Anthony Traini
File: Emerson, Patricia v. Wembley, et al. - 192/2724

Your message

To: Anthony Traini
Cc: Robert Zupkus
Subject: 9/8/2005 3:23 PM

was read on 9/8/2005 8:02 PM.

Attachments: ATT24651.txt

**E-mail**

From: Anthony M. Traini, P.C.
Date: Mon Sep 12, 05 - 5:17 AM - E-mail
To: Melissa Clack
CC:
Subject: RE: Emerson, Patricia v. Wembley, et al.

Contact: Anthony Traini
File: Emerson, Patricia v. Wembley, et al. - 192/2724

I will check with Mr. Bucci and get back to you. I can tell you that it will probably be sometime in November because I am court excused and out of the country for much of October. AS soon as I have a better idea of availability I will let you know, but you can safely eliminate October from the schedule.

-----Original Message-----
From: Melissa Clack [mailto:mclack@zalaw.com]
Sent: Thursday, September 08, 2005 3:23 PM
To: Anthony Traini
Cc: Robert Zupkus
Subject: Re: Emerson, Patricia v. Wembley, et al.

Mr. Traini,

I am writing to inquire about your and Mr. Bucci's availability for his deposition. We would prefer to take Mr. Bucci's deposition in either mid October or early to mid November. Please let me know what dates work for you and Mr. Bucci.

Also, as Judge Lisi suggested during yesterdays hearing, we would prefer to set up the deposition in the Rhode Island District Court so that Judge Lisi will be available to rule on any objections if the need arises. I have put in a call to Judge Lisi's clerk regarding Judge Lisi's availability. I have not heard back from her, but will let you know when I do.

Thank you,
Melissa Clack, Esq.

Zupkus & Angell, P.C.
555 E. Eighth Ave.
Denver, CO 80203
303-894-8948
mclack@zalaw.com

**Melissa Clack Mon Oct 24, 2005** 

**E-mail**

From: Melissa Clack
Date: Mon Sep 19, 05 - 2:53 PM - E-mail
To: 'Anthony Traini'
CC: Robert Zupkus; Brad Shefrin
Subject: Re: Emerson, Patricia v. Wembley, et al.

Contact: Anthony Traini
File: Emerson, Patricia v. Wembley, et al. - 192/2724

Mr. Traini,

I have not heard back from you with regards to your and Mr. Bucci's availability for his deposition during the month of November. Have you been able to select any dates? Please advise.

Thank you,
Melissa Clack, Esq.

Zupkus & Angell, P.C.
555 E. Eighth Ave.
Denver, CO 80203
303-894-8948
mclack@zalaw.com

E-mail

From: postmaster@zalaw.com
Date: Mon Sep 19, 05 - 2:54 PM - E-mail
To: Melissa Clack
CC:
Subject: Delivery Status Notification (Relay)

File: Emerson, Patricia v. Wembley, et al. - 192/2724

This is an automatically generated Delivery Status Notification.

Your message has been successfully relayed to the following recipients, but the requested delivery status notifications may not be generated by the destination.

amt@strainilaw.com

Attachments: ATT58378.txt; Re: Emerson, Patricia v. Wembley, et al..msg

E-mail

From: Anthony M. Traini, P.C.
Date: Tue Sep 20, 05 - 7:28 AM - E-mail
To: Melissa Clack
CC:
Subject: Read: Emerson, Patricia v. Wembley, et al.

Contact: Anthony Traini
File: Emerson, Patricia v. Wembley, et al. - 192/2724

Your message

To: Anthony Traini
Cc: Robert Zupkus, Brad Shefrin
Subject: 9/19/2005 4:53 PM

was read on 9/20/2005 9:23 AM.

Attachments: ATT59868.txt

**E-mail**

| | |
|---|---|
| From: | Anthony M. Traini, P.C. |
| Date: | Wed Sep 21, 05 - 10:53 AM - E-mail |
| To: | Melissa Clack |
| CC: | |
| Subject: | RE: Emerson, Patricia v. Wembley, et al. |
| Contact: | Anthony Traini |
| File: | Emerson, Patricia v. Wembley, et al. - 192/2724 |

Ms. Clack

I am still working on the schedule. I will get back to you as soon as possible.

-----Original Message-----
From: Melissa Clack [mailto:mclack@zalaw.com]
Sent: Monday, September 19, 2005 4:54 PM
To: Anthony Traini
Cc: Robert Zupkus; Brad Shefrin
Subject: Re: Emerson, Patricia v. Wembley, et al.

Mr. Traini,

I have not heard back from you with regards to your and Mr. Bucci's availability for his deposition during the month of November. Have you been able to select any dates? Please advise.

Thank you,
Melissa Clack, Esq.

Zupkus & Angell, P.C.
555 E. Eighth Ave.
Denver, CO 80203
303-894-8948
mclack@zalaw.com

**E-mail**

From: Melissa Clack
Date: Wed Sep 28, 05 - 11:27 AM - E-mail
To: 'Anthony Traini'
CC: Robert Zupkus; Brad Shefrin
Subject: Re: Emerson, Patricia v. Wembley, et al.

Contact: Anthony Traini
File: Emerson, Patricia v. Wembley, et al. - 192/2724

Mr. Traini,

I still have not heard from you with regards to Mr. Bucci's availability for his deposition. I would like to conduct the deposition on either November 15 or 16, 2005. Please let me know if either of those dates work for you. If I do not receive a response from you by October 3, 2005, I will ask the Court to intervene.

Thank you,
Melissa Clack, Esq.

Zupkus & Angell, P.C.
555 E. Eighth Ave.
Denver, CO 80203
303-894-8948
mclack@zalaw.com
www.zalaw.com

**E-mail**

| | |
|---|---|
| From: | postmaster@zalaw.com |
| Date: | Wed Sep 28, 05 - 11:27 AM - E-mail |
| To: | Melissa Clack |
| CC: | |
| Subject: | Delivery Status Notification (Relay) |
| File: | Emerson, Patricia v. Wembley, et al. - 192/2724 |

This is an automatically generated Delivery Status Notification.

Your message has been successfully relayed to the following recipients, but the requested delivery status notifications may not be generated by the destination.

amt@strainilaw.com

Attachments: ATT82037.txt; Re: Emerson, Patricia v. Wembley, et al..msg

E-mail

From: Anthony M. Traini, P.C.
Date: Wed Sep 28, 05 - 11:49 AM - E-mail
To: Melissa Clack
CC:
Subject: Read: Emerson, Patricia v. Wembley, et al.

Contact: Anthony Traini
File: Emerson, Patricia v. Wembley, et al. - 192/2724

Your message

To: Anthony Traini
Cc: Robert Zupkus; Brad Shefrin
Subject: 9/28/2005 1:27 PM

was read on 9/28/2005 1:44 PM

Attachments: ATT82131.txt

E-mail

From: Anthony M. Traini, P.C.
Date: Fri Sep 30, 05 - 6:18 AM - E-mail
To: Melissa Clack
CC:
Subject: RE: Emerson, Patricia v. Wembley, et al.

Contact: Anthony Traini
File: Emerson, Patricia v. Wembley, et al. - 192/2724

Ms. Clack--

I got back to you a short time ago and told you I was still trying to figure out the schedule. Unlike you, this is not the only case I have to work on. I have a number of things to do before I go out of the country next Tuesday. I'll be back in the States on October 21 and when I figure out what's happening I'll give you some dates. That's the best I can do right now.

-----Original Message-----
From: Melissa Clack [mailto:mclack@zalaw.com]
Sent: Wednesday, September 28, 2005 1:27 PM
To: Anthony Traini
Cc: Robert Zupkus; Brad Shefrin
Subject: Re: Emerson, Patricia v. Wembley, et al.

Mr. Traini,

I still have not heard from you with regards to Mr. Bucci's availability for his deposition. I would like to conduct the deposition on either November 15 or 16, 2005. Please let me know if either of those dates work for you. If I do not receive a response from you by October 3, 2005, I will ask the Court to intervene.

Thank you,
Melissa Clack, Esq.

Zupkus & Angell, P.C.
555 E. Eighth Ave.
Denver, CO 80203
303-894-8948
mclack@zalaw.com
www.zalaw.com

E-mail

| | |
|---|---|
| From: | Melissa Clack |
| Date: | Wed Oct 12, 05 - 1:14 PM - E-mail |
| To: | 'Anthony Traini' |
| CC: | Robert Zupkus; Brad Shefrin |
| Subject: | Re: Emerson, Patricia v. Wembley, et al. |
| Contact: | Anthony Traini |
| File: | Emerson, Patricia v. Wembley, et al. - 192/2724 |

Mr. Traini,

I still have received no word from you with regards to Mr. Bucci's deposition. It has now been over a month since Judge Lisi ordered you to make your client available for his deposition. I do not believe you are in compliance with Judge Lisi's Order. I have no choice but to unilaterally set Mr. Bucci's deposition. I will be setting Mr. Bucci's deposition for November 16, 2005 to commence at 9:00 am in Providence, Rhode Island.

Thank you,
Melissa Clack, Esq

Zupkus & Angell, P.C.
555 E. Eighth Ave.
Denver, CO 80203
303-894-8948
mclack@zalaw.com
www.zalaw.com
Attorneys for Plaintiff Patricia Emerson

**E-mail**

From: Anthony M. Traini, P.C.
Date: Thu Oct 20, 05 - 7:38 AM - E-mail
To: Melissa Clack
CC:
Subject: RE: Emerson, Patricia v. Wembley, et al.

Dear Miss Clack--

I am tiring of your threatening communications which you seem to make without regard for any of my responses. I did get back to you on September 30 and advised you that I was leaving the country and would be back by October 21. I also told you that I was still trying to figure our the schedule and would let you know something when I returned. You knew that I would be away on October 12 yet you sent another unilateral communication about the schedule. Your conduct is completely unprofessional and unacceptable.

Mr. Bucci is being sentenced by Judge Lisi on October 28. Once that occurs, I will know what is happening with the schedule. I do not know whether Mr. Bucci will be incarcerated, or if so, when he will report to a designated institution, or whether he will receive, either from Judge Lisi or the First Circuit Court of Appeals, a stay of execution pending appeal. Once he has been sentenced and these issue have been resolved, I will be in a position to determine when he can be available, with me, for a deposition. Until that time I cannot be of any more assistance to you regarding the schedule.

I do not accept your unilateral scheduling of the deposition for November 16. I will not agree to any date you propose until I have sufficient information to do so intelligently. If you don't like anything I am telling you, take it up with the Court.

-----Original Message-----
From: Melissa Clack [mailto:mclack@zalaw.com]
Sent: Wednesday, October 12, 2005 3:14 PM
To: Anthony Traini
Cc: Robert Zupkus; Brad Sheirin
Subject: Re: Emerson, Patricia v. Wembley, et al.

Mr. Traini,

I still have received no word from you with regards to Mr. Bucci's deposition. It has now been over a month since Judge Lisi ordered you to make your client available for his deposition. I do not believe you are in compliance with Judge Lisi's Order. I have no choice but to unilaterally set Mr. Bucci's deposition. I will be setting Mr. Bucci's deposition for November 16, 2005 to commence at 9:00 am in Providence, Rhode Island.

Thank you,
Melissa Clack, Esq.

Zupkus & Angell, P.C.
555 E. Eighth Ave.
Denver, CO 80203
303-894-8948
mclack@zalaw.com
www.zalaw.com
Attorneys for Plaintiff Patricia Emerson