**E-mail**

From: Mix, Kristen
Date: Wed Oct 5, 05 - 8:42 AM - E-mail
To: Melissa Clack
CC:
Subject: RE: Bucci deposition

Contact: Ms. Kristen L. Mix
File: Emerson, Patricia v. Wembley, et al. - 192/2724

Thank you.

-----Original Message-----
From: Melissa Clack [mailto:mclack@zalaw.com]
Sent: Tuesday, October 04, 2005 2:18 PM
To: Mix, Kristen
Cc: Robert Zupkus; Brad Shafrin
Subject: RE: Bucci deposition

Kristen,

I am planning on setting the deposition for November 16 to commence at 9:00 am. I will be filing a Notice of Deposition shortly and serving Mr. Bucci with a Subpoena to Appear.

Thanks,
Melissa

-----Original Message-----
From: Mix, Kristen
Sent: Monday, September 12, 2005 4:58 PM
To: Melissa Clack

Melissa:

I am available on the following dates:

October 13, 14, 17, 19
November 1, 2, 4,15, 16, 18

We have no objection to conducting the deposition at the Rhode Island District Court. I will probably have some questions for Mr. Bucci, which I anticipate will take no more than a half-hour, at the most. Please confirm in advance that you will not object to my asking questions at the conclusion of your examination. Thank you.

Kris

Kristen L. Mix

Snell & Wilmer
_____L.L.P._____
1200 17th Street, Suite 1900

Tabor Center
Denver, CO 80202
(303) 634-2091 (direct)

(303) 634-2000 (main)

(303) 634-2020 (facsimile)

kmix@swlaw.com

EXHIBIT

B

kmix@ewlaw.com

PRIVILEGE AND CONFIDENTIALITY NOTICE
The information contained in this electronic mail message is confidential information intended only for the use of the individual or entity named above, and may be privileged. If the reader of this message is not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone (303-534-2091), and delete the original message.

**Melissa Clack Mon Oct 24, 2005**



**E-mail**

From: Melissa Clack
Date: Fri Oct 21, 05 - 6:00 PM - E-mail
To: 'Ms. Kristen L. Mix'
CC: Brad Shefrin; Robert Zupkus
Subject: Re: Emerson, Patricia v. Wembley, et al.

Contact: Ms. Kristen L. Mix
File: Emerson, Patricia v. Wembley, et al. - 192/2724

Kristen,

I just wanted to give you a heads up that Mr. Traini is now disputing the November 16, 2005 date for Mr. Bucci's deposition. I am trying to resolve this issue and will let you know if our plans change.

Thanks,
Melissa

Zupkus & Angell, P.C.
555 E. Eighth Ave.
Denver, CO 80203
303-894-8948
mclack@zalaw.com
www.zalaw.com
Attorneys for Plaintiff Patricia Emerson.