SCANNED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PAT EMERSON | : | |
| | : | No. MC 04-50ML |
| v. | : | No. MC 04-52ML |
| | : | |
| WEMBLEY USA, ET AL. | : | (No. 03-N-1793 (BNB)<br>U.S. District Court<br>District of Colorado) |

## WITHDRAWAL AND ENTRY OF APPEARANCE

John A. Tarantino and Patricia K. Rocha of Adler Pollock & Sheehan P.C. hereby withdraw their appearances as counsel for Defendant, Wembley USA, Inc., in connection with the above-referenced matter. W. Mark Russo of Ferrucci Russo P.C. hereby enters his appearance as counsel for Defendant, Wembley USA, Inc.

Pat K Roch

JOHN A. TARANTINO, #2586
PATRICIA K. ROCHA, #2793
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 351-4607
Dated: 2/16/06

W. M R

W. MARK RUSSO, #3937
FERRUCCI RUSSO P.C.
55 Pine Street, 4th Floor
Providence, RI 02903
Tel: (401) 455-1000
Fax: (401) 455-7778
Dated: 2/16/06

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of February, 2006, I caused a true copy of the within to be served via first class mail, postage prepaid, on the following:

*Attorneys for Plaintiff:*

Melissa A. Clack, Esq.
Robert A. Zupkus, Esq.
Zupkus & Angell, P.C.
555 East Eighth Avenue
Denver, CO 80203

Brian P. Voke, Esq.
Charles K. Mone, Esq.
Campbell, Campbell, Edwards & Conroy
One Constitution Plaza, 3rd Floor
Boston, MA 02129

*Co-Counsel for Defendant, Wembley USA, Inc.*
Kristen L. Mix, Esq. (admitted *pro hac vice*)
Snell & Wilmer L.L.P.
1200 Seventeenth Street, Suite 1900
Denver, CO 80202

*Counsel for Daniel Bucci:*
Anthony M. Traini, Esq.
56 Pine Street
Providence, RI 02903

Wendy Bmix

*372038_1.doc*