# Exhibit F

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PAT EMERSON | : | |
| | : | No. 03-N-1793 (BNB) |
| VS. | : | U.S. District Court |
| | : | District of Colorado |
| WEMBLEY USA, INC., ET. AL. | : | |

**PLAINTIFF'S MOTION TO AMEND ORDER**

Plaintiff Patricia Emerson, through counsel Zupkus and Angell, P.C., hereby submits her Motion to Amend Order. In support thereof, Plaintiff states as follows:

1. On July 19, 2004 this Court entered its Order regarding Motions by Daniel Bucci To Quash Subpoena or For Protective Order (filed in case number MC 04-50ML) and by Patricia Emerson To Enforce Subpoena Issued To Daniel Bucci or to Modify Subpoena as Justice Requires (filed in case number 04-52ML).

2. This Court's Order denied in part and allowed in part these motions.

3. The Order stated that Mr. Bucci's deposition in the matter of *Emerson v. Wembley, Inc.*, C.A. No. 03-N-1793 (BNB), a civil action presently pending in the United States District Court for the District of Colorado, would be allowed to proceed as soon as practicable following the verdict in Mr. Bucci's Criminal Case. The reason for the ordered delay of the deposition was for practical purposes. This Court reasoned that the criminal trial would end soon and Mr. Bucci would provide more information upon conclusion of the criminal trial.

4. Counsel was to confer seven (7) days following the verdict in the Criminal case to agree on a mutually convenient date for the deposition. Counsel for Plaintiff has called Mr. Traini but had not been able to communicate with Mr. Traini.

5. The criminal trial resulted in an acquittal for Mr. Bucci on several criminal charges. The remaining charges resulted in a hung jury.

6. Prosecutors decided to retry those issues that resulted in a hung jury. Mr. Bucci was to face a retrial on bribery-conspiracy charges beginning April 26, 2005.

7. This Court stayed indefinitely the date for the second trial to decide pre-trial motions, including one that would move the trial to Massachusetts.

8. Currently, the re-trial has been stayed while information regarding Defendant's motions for change of venue are considered.

9. In light of recent developments, Plaintiff respectfully requests this Court amend its Order to allow Plaintiff to depose Mr. Bucci so that Plaintiff's civil action may proceed.

10. As this Court did recognize that Plaintiff's request to depose Mr. Bucci was enforceable, Plaintiff requests such enforcement.

11. Plaintiff will be satisfied if Mr. Bucci chooses to plead the 5th Amendment to any questions.

**Oral Arguments By Telephone Requested**

Respectfully submitted this _____ day of June, 2005.

**ZUPKUS & ANGELL, P.C.**

By:______________________

Robert A. Zupkus
Bradley N. Shefrin
Melissa A. Clack
The McCourt Mansion
555 E. Eight Avenue
Denver, Colorado 80203
(303) 894-8948
*Attorneys for Plaintiff,*
*Patricia Emerson*

**CERTIFICATE OF SERVICE**

I hereby certify that on ____ June, 2005, I served the forgoing **PLAINTIFF'S MOTION TO AMEND ORDER** via facsimile and/or U.S. Mail, postage prepaid and address to the following:

Kristen L. Mix, Esq.
Snell & Wilmer
1200 Seventeenth Street, Suite 1900
The Tabor Center
Denver, CO 80202

Anthony Traini
56 Pine Street
Providence, RI 02903

______________________________
For ZUPKUS & ANGELL, P.C