# Exhibit G

RECEIVED
AUG 0 8 2005
ZUPKUS & ANGELL P.C.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

PAT EMERSON,
Plaintiff,
v.
WEMBLEY USA, INC.; et al.
Defendants.

Civil Action No. MC 04-50ML
Civil Action No. MC 04-52ML

(No. 03-N-1793 (BNB)
U.S. District Court
District of Colorado)

---

## DEFENDANTS' OBJECTION TO MOTION TO AMEND ORDER

---

Defendants, Wembley USA, Inc., et al., by and through their counsel, Adler Pollock and Sheehan P.C. and Snell & Wilmer L.L.P., hereby object to Plaintiff's Motion to Amend the Court's Order regarding the taking of Daniel Bucci's deposition. In support of their Objection, Defendants file their memorandum in support contemporaneously herein.

Dated this 3rd day of August, 2005.

ADLER POLLOCK & SHEEHAN P .C.

By: [signature]

Patricia K. Rocha (Bar No. 2793)
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903-2443
Telephone: 401-274-7200
Facsimile: 401-351-4607

Kristen L. Mix (Pro Hac Vice)
SNELL & WILMER L.L.P.
1200 Seventeenth Street, Suite 1900
Denver, Colorado 80202
Telephone: (303) 634-2000
Facsimile: (303) 634-2020

**ATTORNEYS FOR DEFENDANTS WEMBLEY INC., ET AL.**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of August, 2005, I caused a true copy of the within to be served via first class mail, postage prepaid, on the following:

*Attorneys for Plaintiff:*

Melissa A. Clack, Esq.
Robert A. Zupkus, Esq.
Zupkus & Angell, P.C.
555 East Eighth Avenue
Denver, CO 80203

Brian P. Voke, Esq.
Charles K. Mone, Esq.
Campbell, Campbell, Edwards & Conroy
One Constitution Plaza, 3rd Floor
Boston, MA 02129

*Attorney for Daniel Bucci:*

Anthony M. Traini, Esq.
56 Pine Street
Providence, RI 02903

Debra Hinman

*340931_1.doc*

RECEIVED

AUG 0 8 2005

ZUPKUS & ANGELL P.C.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PAT EMERSON,

Plaintiff,

v.

WEMBLEY USA, INC.; et al.

Defendants.

Civil Action No. MC 04-50ML
Civil Action No. MC 04-52ML

(No. 03-N-1793 (BNB)
U.S. District Court
District of Colorado)

---

**DEFENDANTS' MEMORANDUM IN SUPPORT OF THEIR OBJECTION TO MOTION TO AMEND ORDER**

---

Defendants Wembley USA, Inc., et al., by and through their counsel, Adler Pollock and Sheehan P.C. and Snell & Wilmer L.L.P., file this Memorandum in support of their Objection to Plaintiff's Motion to Amend the Court's Order regarding the taking of Daniel Bucci's deposition. For their objection, Defendants state as follows:

1. Plaintiff seeks an amendment of this Court's Order to allow her "to depose Mr. Bucci so that [her] civil action may finally proceed." (Plaintiff's Motion, at ¶9.) Plaintiff further seeks an Order compelling attorney Anthony Traini to comply with Plaintiff's subpoena *duces tecum*. (Plaintiff's Motion, at ¶a.) Plaintiff's Motion should be denied.

2. Plaintiff has failed to offer any reason for amendment of the Court's Order, aside from Plaintiff's change in strategy. When the Court originally entered its Order in July of 2004, Plaintiff requested that Mr. Bucci's deposition await completion of his criminal case, specifically to avoid problems Plaintiff would encounter if Mr. Bucci asserted his Fifth Amendment privilege and refused to answer Plaintiff's attorney's questions. Now, more than one year later, Plaintiff has apparently decided not to worry about the Fifth Amendment issue and to attempt to move forward with Mr. Bucci's deposition. In the meantime, Mr. Bucci is indisposed as a result of his criminal trial. In addition, Defendants' Partial Motion for Summary Judgment has been pending in Plaintiff's Colorado case (Emerson vs. Wembley, Inc., et al., Civil Action No. 03-N-1793, United States District Court for the District of Colorado) *since May of 2004*. Plaintiff's sole reason for seeking an indefinite extension of time to respond to that Motion was her desire to take Mr. Bucci's deposition after his criminal trial was completed. Her Motion to Amend Order provides no legitimate reason why she could not have deposed Mr. Bucci long before now and responded to Defendant's Partial Motion for Summary

Judgment in the Colorado case in a timely manner. Plaintiff's counsel's change in strategy is not a sufficient justification for causing a delay in ruling on Defendant's dispositive motion for more than a year. Plaintiff's dilatory tactics should not be rewarded.

3. Finally, the Court's Order dated July 19, 2004 indicates that Plaintiff's subpoena *duces tecum* to attorney Anthony Traini was "withdrawn by her counsel in open court, on June 30, 2004, and is thus no longer valid and outstanding." To the extent that her Motion requests reinstatement and enforcement of that subpoena, it should therefore be denied.

WHEREFORE, Defendants respectfully request that the Court deny Plaintiff's Motion to Amend Order, and that the Court grant such other and further relief as the Court deems just and proper.

Dated this 3rd day of August, 2005.

ADLER POLLOCK & SHEEHAN P .C.

By: [signature]

Patricia K. Rocha (Bar No. 2793)
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903-2443
Telephone: 401-274-7200
Facsimile: 401-351-4607

Kristen L. Mix (Pro Hac Vice)
SNELL & WILMER L.L.P.
1200 Seventeenth Street, Suite 1900
Denver, Colorado 80202
Telephone: (303) 634-2000
Facsimile: (303) 634-2020

**ATTORNEYS FOR DEFENDANTS WEMBLEY INC., ET AL.**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of August, 2005, I caused a true copy of the within to be served via first class mail, postage prepaid, on the following:

*Attorneys for Plaintiff:*

Melissa A. Clack, Esq.
Robert A. Zupkus, Esq.
Zupkus & Angell, P.C.
555 East Eighth Avenue
Denver, CO 80203

Brian P. Voke, Esq.
Charles K. Mone, Esq.
Campbell, Campbell, Edwards & Conroy
One Constitution Plaza, 3rd Floor
Boston, MA 02129

*Attorney for Daniel Bucci:*

Anthony M. Traini, Esq.
56 Pine Street
Providence, RI 02903

Debra Human
______________________________

*340953_1.doc*